UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>           Petitioner,<br><br>   v.<br><br>PAM AHLIN,<br><br>           Respondent. | 1:15-cv-00562-GSA (HC)<br><br>ORDER GRANTING MOTION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

   Petitioner is serving a civil commitment term and proceeding with a petition for writ of mandamus pursuant to 28 U.S.C. § 1651.

   Petitioner has filed a motion to proceed in forma pauperis.  Examination of these documents reveals that Petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.

IT IS SO ORDERED.

   Dated:   **April 14, 2015**                    **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1